No. 567. PAN ATLANTIC STEAMSHIP CORP. *v.* FYFE ET AL., DOING BUSINESS AS UNITED FIBRE Co. December 9, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Russell C. Gay* for petitioner. *Mr. Henry N. Longley* for respondents.

No. 468. LYNCH *v.* SUPERIOR COURT OF LOS ANGELES COUNTY. December 16, 1940. Petition for writ of certiorari to the Supreme Court of California, and motion for leave to proceed further *in forma pauperis,* denied. *Henry L. Lynch, pro se.*

No. 560. SIDIS *v.* F-R PUBLISHING CORPORATION. December 16, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Edwin J. Lukas* for petitioner. *Mr. Morris L. Ernst* for respondent.

No. 532. KORTEPETER *v.* UNITED STATES; and

No. 533. DERBYSHIRE *v.* UNITED STATES. December 16, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Paul Y. Davis* and *William G. Sparks* for petitioners. *Solicitor General Biddle* and *Mr. Harry B. Wirin* for the United States. Reported below: 114 F. 2d 124.